IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DEAN D. TAYLOR,           )<br>                                          )<br>            Petitioner,         )<br>                                          )<br>v.                                       )<br>                                          )<br>JO ANNE B. BARNHART, Commissioner  )<br>of Social Security,               )<br>                                          )<br>            Respondent.     )<br>_____) | CASE NO. CV 04-0444-S-LMB<br><br><br><br><br>ORDER |

The Court having reviewed Petitioner's Motion for Attorney's fees, and no objections having been entered by Respondent, and good cause being found therefor,

IT IS HEREBY ORDERED that Petitioner's motion be GRANTED and attorney's fees in the amount of $1,933.60 be awarded to Petitioner.

DATED:  **May 10, 2005**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge